█ In the Matter of the Dissolution of EL-ROH REALTY CORP. PHILIPPE R. SCHWIMMER, Individually and as Holder of Fifty Percent of the Outstanding Voting Shares of El-Roh Realty Corp., Appellant; JOAN ROTH et al., Respondents, et al., Respondent. ROBERT BALDWIN, ESQ., as Trustee of the SEYMOUR ROTH Living Trust, Intervenor-Respondent. (Appeal No. 2.) [849 NYS2d 865]—Appeal from an order of the Supreme Court, Onondaga County (Donald A. Greenwood, J.), entered February 16, 2007. The order denied petitioner's motion for leave to reargue and granted the motion of respondents Joan Roth and Lois Roth, as executrix of the estate of Lewis Roth, deceased, for partial summary judgment on their counterclaim.

It is hereby ordered that said appeal from the order insofar as it denied leave to reargue is unanimously dismissed and the order is affirmed without costs.

Same memorandum as in *Matter of El-Roh Realty Corp.* (48 AD3d 1190 [2008]). Present—Gorski, J.P., Martoche, Smith, Centra and Green, JJ. [*See* 14 Misc 3d 1212(A), 2007 NY Slip Op 50005(U).]